# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00046-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>(6) JOHN ALLEN WISE, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 126].

The Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, to dismiss the Superseding Bill of Indictment [Doc. 39] against Defendant John Allen Wise in this case. [Doc. 126].

For good cause shown,

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**.

Signed: December 20, 2017

Martin Reidinger
United States District Judge